# SECOND DISTRICT.

---

The People of the State of Illinois ex rel. Patrick Flaherty, defendant in error, v. Peter Barto and Adolph Butterwick, plaintiffs in error. Gen. No. 6,848.
Judgment convicting defendants of unlawfully usurping the offices of school trustees, ousting them from such offices and imposing fines.

Error to the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1920. Writ of error dismissed. Opinion filed November 4, 1920. Rehearing denied April 6, 1921. *Certiorari* denied by Supreme Court (making opinion final).

J. L. Murphy, for plaintiffs in error. Josef T. Skinner, C. N. Hollerich and J. L. Spaulding, for defendant in error.

Per Curiam.